IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-00317-CR-W-HFS |
| | ) | |
| JAMES C. COLEMAN | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

A competency hearing was conducted on June 27, 2018, and Magistrate Judge Sarah Hays considered the forensic evaluation of Robin Watkins, Ph.D in a Report and Recommendation dated June 29, 2018. Doc. 30.

After making an independent review of the record and the applicable law, Judge Hays determined that the defendant is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense competent to proceed. Thus, the defendant is competent to proceed at this time.

To-date, no objections to the Report and Recommendation have been filed, and the time in which to do so has expired. Thus the findings and conclusions in the Report and Recommendation (Doc. 30) are ADOPTED by the undersigned.

    */s/ Howard F. Sachs*
HOWARD F. SACHS
United States Senior District Judge

Dated:  July 18, 2018
Kansas City, Missouri